GOLDSMITH & HULL, A P.C./ FILE #CDCS770
William I. Goldsmith SBN 82183
Michael L. Goldsmith, SBN 291700
16933 Parthenia Street, Suite 110
Northridge, CA 91343
Tel. (818) 990-6600
Fax: (818) 990-6140
Govdept1@goldsmithcalaw.com

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 13-08198-AB (GJSx) |
|---|---|
| Plaintiff, | |
| v. | [~~PROPOSED~~] |
| JOSUE J. CORNEJO AKA JOSUE JUAREZ CORNEJO, | **ORDER GRANTING EX PARTE APPLICATION TO FILE APPLICATION FOR WRIT OF GARNISHMENT UNDER SEAL** |
| Defendant. | |

Based on the ex parte application of plaintiff United States of America, and for good cause shown,

IT IS HEREBY ORDERED that the application for writ of garnishment in this action may be filed under seal pursuant to Local Rule 79-5.

Dated:  April 6, 2017

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT